60674. CITIZENS & SOUTHERN NATIONAL BANK et al. v. YEAGER ENTERPRISES, INC. et al.

SHULMAN, Presiding Judge.

This court having entered on November 6, 1980, a judgment in the above-styled case, 156 Ga. App. 341 (274 SE2d 736), affirming the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *C. & S. Nat. Bank v. Yeager Enterprises, Inc.,* 247 Ga. 797 (1981), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Quillian, C. J., and Carley, J., concur.*

DECIDED SEPTEMBER 8, 1981.

*Robert D. McCallum, Jr., Susan Hoy,* for appellants.
*Harold D. Corlew, Paul D. Copenbarger, Leon L. Rice III, David F. Rock,* for appellees.